JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 17-21 PA (DTBx) | Date | January 19, 2016 |
|---|---|---|---|
| Title | Ingrid Kelly v. Chicago Bridge & Iron Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Stephen Montes Kerr | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

On January 12, 2017, the Court issued an order provisionally remanding this action to the San Bernardino County Superior Court as a result of procedural defects in the Notice of Removal. In its January 12, 2017 Order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by January 18, 2017, if she objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the January 12, 2017 Order, this action is remanded to the San Bernardino County Superior Court, Case No. CIVDS1616463.

IT IS SO ORDERED.